SECRET

2024 DEC 11 P 3:53

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YOUNGLIANG DENG a/k/a DAVID DENG | No. 1: 24-cr- 00140-SDN-02 |

**PRAECIPE FOR WARRANT**

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date: December 11, 2024

/s/ Andrew K. Lizotte
Assistant U.S. Attorney