# Synopsis – Information

| | |
|---|---|
| **Name:** | YONGLIANG DENG A/K/A DAVID DENG |
| **Address: (City & State Only)** | Queens, NY |
| **Year of Birth and Age:** | 1990 (34) |
| **Violations:** | Count 1: Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 1344, 1349 (Class B Felony)<br><br>Count 5: Bank Fraud, in violation of 18 U.S.C. § 1344 (Class B Felony)<br><br>Count 14: False Statements to Federal Law Enforcement Agents, in violation of 18 U.S.C. § 1001(a)(2) (Class D Felony) |
| **Penalties:** | Counts 1 & 5: Imprisonment of not more than 30 years, a fine not to exceed $1,000,000, or both. 18 U.S.C. § 1344.<br><br>Count 14: Imprisonment of not more than 5 years, a fine not to exceed $250,000, or both. 18 U.S.C. § 1001(a); 18 U.S.C. 3571(b)(3). |
| **Supervised Release:** | Counts 1 & 5: Not more than 5 years. 18 U.S.C. § 3583(b)(1).<br><br>Count 14: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 & 5: Not more than 3 years. 18 U.S.C. § 3583(e)(3).<br><br>Count 14: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1 & 5: Five years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 14: Three years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be assigned. |
| **Primary Investigative Agency and Case Agent Name:** | HSI Special Agent Pierre Mathieu |
| **Detention Status:** | Released on bail (E.D.N.Y.) |
| **Foreign National:** | U.S. Citizen |

| | |
|---|---|
| **Foreign Consular Notification Provided:** | N/A |
| **Counties:** | Kennebec |
| **AUSA:** | AUSAs Andrew Lizotte and Alisa Ross |
| **Guidelines apply?** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | Yes |
| **Assessment(s):** | $100.00 per count - 18 U.S.C. § 3013(a)(2)(A) |
| **Forfeiture? Y/N** | Yes |